Allen Hyman (S.B. # 73371)
lawoffah@aol.com
LAW OFFICES OF ALLEN HYMAN
10737 ½ Riverside Drive
North Hollywood, CA 91602
P: (818) 763-6289
Brian Levenson * *Pro Hac Vice*
brian@rrothlaw.com
THE ROTH LAW FIRM, PLLC
295 Madison Ave., Fl.22
New York, NY, 10017
P: (212) 542-8882

*Attorneys for Defendants Carl Bell, Fuel Recording, Inc., Fuel Touring, Inc. and Catacomb Holdings, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISON)

| | |
|---|---|
| BRETT SCALLIONS, *et. al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CARL BELL, *et. al.*,<br><br>　　　　Defendants. | Case No. 2:25-cv-02142-FMO-MAR<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT**<br><br>Hearing Date: May 1, 2025<br>Time: 10:00 a.m.<br>Place: United States Courthouse,<br>　350 W. 1st Street, 6th Floor, Los Angeles, CA 90012<br>　Courtroom 6D<br><br>U.S. District Judge:<br>　Hon. Fernando Olguin<br>Magistrate Judge:<br>　Hon. Margo A. Rocconi |

　　PLEASE TAKE NOTICE that on May 1, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Fernando Olguin (Courtroom 6D) of the United States Courthouse located at 350 W.1 Street,

1  6th Floor, Los Angeles, California 90012, Defendants Carl Bell, Fuel Recording, Inc., Fuel Touring Inc., and Catacomb Holdings Inc. will and hereby does move the above-entitled Court for an order dismissing the Plaintiffs' Complaint in its entirety pursuant ot Federal Rule of Civil Procedure 12(b)(1), (2), and (6) on the grounds that the Complaint fails to a claim upon which relief may be granted and the Court lacks subject matter jurisdiction to dissolve Pennsylvania corporations, Fuel Reocrding, Inc. and Fuel Touring, Inc. and personal jurisdiction over these foreign corporations .

Defendants' Motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed contemporaneously herewith, the Declaration of Carl Bell and Exhibits thereto, any additional briefing on the Motion (including Defendants' Reply brief), the files and records of this case, and such argument as is presented to the Court prior to or at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant ot L.R. 7-3, which took place on Wednesday March 26, 2025.

Dated: April 3, 2025                    THE ROTH LAW FIRM, PLLC

                                        By:    /s/ Brian Levenson
                                               Brian Levenson

                                        *Attorneys for Defendants Carl Bell,
                                        Fuel Recording, Inc., Fuel Publishing,
                                        Inc. and Catacomb Holdings Inc.*